**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| MICHEAL J. MUDRA, SR., | : No. 591 MAL 2023 |
| | : |
| Respondent | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| SCHLUMBERGER TECHNOLOGY | : |
| CORPORATION, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.

Justice McCaffery did not participated in the consideration or decision of this matter.